19899—Margaret T. Bradley v. Industrial Commission.

Motion for Lucas Appeals to certify. Overruled. Dock. 6-16-26; 4 Abs. 404; OS. Pend. 4 Abs. 537.